# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————————

No. 1D18-3215

———————————————————

ANTHONY JEROME LAMB,

  Appellant,

  v.

STATE OF FLORIDA,

  Appellee.

———————————————————

On appeal from the Circuit Court for Duval County.
Steven B. Whittington, Judge.

March 27, 2019

PER CURIAM.

  AFFIRMED.

ROBERTS, RAY, and JAY, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————

Anthony Jerome Lamb, pro se, Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.